IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Patrick Wilson
_____
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

State of Tennessee
TBI Sgt
Henry County Jail ET.al.
(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED
11 SEP -7 PM 1:33
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiffs: _____
      _____
      Defendants: _____
      _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____
   4. Name of judge to whom case was assigned:_____
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____
   6. Approximate date of filing lawsuit:_____
   7. Approximate date of disposition:_____

II. Place of Present Confinement: Henry County Jail
   A. Is there a prisoner grievance procedure in the institution?
   Yes (✓)   No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)
   C. If your answer is Yes:
      1. What steps did you take? _____
      2. What was the result? _____
   D. If your answer is No, explain why not: People are forced to use a kiosk and never get a answer here just yelled at.

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Patrick Wilson
      Address Po Box 639 Paris TN 38242

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant TBI Sgt , Sheriff Monty Blew is employed as State of Tennessee
      at Nashville TN / Paris TN

   C. Additional Defendants: Monty Blew

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   1. at the time I plead guilty to a sex offense there was no Sgt, otherwise I would have gone to Jail
   2. Have not Been allowed to have any out Recreation out doors since April of 2011
   3. Have not Been allowed to go to a law libary

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wish To be removed from SOd unTill a hearing on Double Jepordy can be heard.

Pray This honorable Court issue a order directing The Henry County Jail To allow for Recraition and also To allow Inmates To use law libary. And To make updated law Books avaible To Inmates

VI. Jury Demand
I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 9- day of August, 20 11.

Patrick Wilson

(Signature of Plaintiff/Plaintiffs)